

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00341-CV

| | | |
|---|---|---|
| William Robert Williams | § | From the 324th District Court |
| | § | of Tarrant County (324-569317-15) |
| v. | | |
| | § | April 14, 2016 |
| Robin Marlene Williams | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM